**IN THE UNITED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Brotherhood of Locomotive Engineers, | ) | |
| General Committee of Adjustment, | ) | No. 05 C 7293 |
| Central Region, | ) | |
| Plaintiff | ) | Judge  Ronald Guzman |
| v. | ) | |
| | ) | |
| Union Pacific, | ) | |
| Defendant | ) | |

**PLAINTIFFS' MOTION**
**FOR ENTRY OF FINAL ORDER OF JUDGMENT**

Now come Plaintiffs, by their attorneys, Despres Schwartz and Geoghegan, and move this Court for entry of a final order of judgment.

1.      On August 30 the Seventh Circuit issued its decision on the appeal of this case in favor of plaintiff/appellants Brotherhood of Locomotive Engineers and directing that this Court enforce the arbitration award.

2       On September 13, 2007 appellate Union Pacific filed a petition for rehearing.

3.      On October 11, 2007 the Seventh Circuit Court of Appeals denied Union Pacific's petition for rehearing.

4.      The mandate issued from the Seventh Circuit on October 19, 2007 along with the bill of costs in the amount of $766.80.

WHEREFORE, the plaintiffs pray that a final judgment order be entered in this case ordering compliance with the Kenis arbitration award.

Respectfully submitted,

By___ /s/ Jorge Sanchez___

Jorge Sánchez
Thomas H. Geoghegan
DESPRES, SCHWARTZ & GEOGHEGAN
77 West Washington, Suite 711
Chicago, Illinois 60602
312/372-2511